UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VALERIE HELLMAN,<br><br>    Plaintiff,<br><br>v.<br><br>LANOGA CORPORATION, et al.,<br><br>    Defendants. | Case No. 06-cv-933-JPG |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This matter is before the Court on defendants' motion to dismiss (Doc. 16).  Since defendants filed their motion to dismiss, the plaintiff has amended the complaint.  (Doc. 30).  Because the motion to dismiss is directed at the original complaint, which is no longer operative the operative pleading in this case, *Massey v. Helman*, 196 F.3d 727, 735 (7th Cir. 1999), the Court hereby **DENIES as moot** the motion to dismiss (Doc. 15).

    **IT IS SO ORDERED.**

    DATED: February 21, 2007

                                                s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**