IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VALERIE HELLMAN, <br><br> Plaintiff, <br><br> v. <br><br> LANOGA CORPORATION <br> d/b/a UNITED BUILDING CENTERS; <br> MIKE FOPPE, BRIAN KORTE, SHANE <br> MILLER, ADAM GAMMON, GARY <br> ENDRES, FRANK CHAPMAN, AND <br> JIM FELDMAN, <br><br> Defendants. | Case No. 06-933-JPG |

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation of Dismissal advising the Court that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated: September 13, 2007**

**NORBERT JAWORSKI, CLERK**

**s/Brenda K. Lowe**
**Deputy Clerk**


**APPROVED: s/ J. Phil Gilbert**
 **U. S. DISTRICT JUDGE**